PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNNIE ZOTOS,<br><br>        Plaintiff,<br><br>   v.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:16-cv-0060-BAM<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from November 28, 2016 to December 28, 2016.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because Defendant's counsel has a higher than normal workload, including three other district court briefs due by November 30, 2016.

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: November 23, 2016 | /s/ Melissa Newel |
| | (*as authorized via e-mail on 11/23/16) |
| | MELISSA NEWEL |
| | Attorney for Plaintiff |
| Dated: November 23, 2016 | PHILLIP A. TALBERT |
| | United States Attorney |
| | DEBORAH LEE STACHEL |
| | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |
| By: | /s/ Marcelo Illarmo |
| | MARCELO ILLARMO |
| | Special Assistant United States Attorney |
| | Attorneys for Defendant |

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a 30-day extension, or until December 28, 2016, in which to file an Opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **November 28, 2016**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE