PHILLIP A. TALBERT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO, MA BBO 670079
    Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    Email: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNNIE ZOTOS,<br><br>        Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. : 1:16-CV-0060-BAM<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: December 12, 2016,        By:     /s/ Melissa Newel*
                                        MELISSA NEWEL
                                        Attorney for Plaintiff
                                        *By email authorization on 12/9/16

Date: December 12, 2016                 PHILLIP A. TALBERT
                                        United States Attorney
                                By:     /s/ Marcelo Illarmo
                                        MARCELO ILLARMO
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

## ORDER

Based upon the parties' joint stipulation (Doc. 18), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand, and that judgment be entered for Plaintiff.

IT IS SO ORDERED.

   Dated:   **December 20, 2016**                /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE