Melissa Newel (#148563)
NEWEL LAW
352 24th Street
Oakland, CA 94612
(510) 316-3827
mnewel@newellawfirm.com
Attorney for Plaintiff
SUNNIE ZOTOS

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
MARCELO N. ILLARMO
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8944
Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNNIE ZOTOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN[1],<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 1:16-CV-0060 (BAM)<br><br>**STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES AND EXPENSES PURSUANT TO EAJA 28 U.S.C. §2412(d)** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned

---

[1]　Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. §405(g).

STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES AND EXPENSES PURSUANT TO EAJA

1  attorneys, subject to the approval of the Court, that Sunnie Zotos ("Plaintiff") be awarded
2  attorney fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d),
3  in the amount of four thousand two hundred ten dollars and six cents ($4,210.06) and seven
4  dollars and seventeen cents ($7.17) in postage expenses, for a total of four thousand two hundred
5  seventeen dollars and twenty-three cents ($4,217.23). This represents compensation for legal
6  services rendered on behalf of Plaintiff by counsel in connection with this civil action, in
7  accordance with 28 U.S.C. §§1920; 2412 (d).

8  After the Court issues an Order for EAJA fees to Plaintiff, the government will consider
9  the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*
10 *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the
11 attorney fees are subject to any offset allowed under the United States Department of the
12 Treasury's Offset Program. After the Order for EAJA fees is entered, the government will
13 determine whether they are subject to any offset.

14 Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
15 that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the
16 payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively
17 "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any payments made shall
18 be delivered to Plaintiff's counsel.

19 This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
20 attorney fees and does not constitute an admission of liability on the part of Defendant under
21 EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any
22 and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees
23 and costs in connection with this action.
24 ///
25 ///
26 ///
27 ///
28 This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: March 17, 2017    NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
SUNNIE ZOTOS

Dated: March 17, 2017    PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: `Marcelo Illarmo*`
MARCELO N. ILLARMO
(*Authorized by email dated 03/17/2017*)
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS ORDERED that fees and expenses in the amount of four thousand two hundred and seventeen dollars and twenty three cents (**$4,217.23**), as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **March 21, 2017**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES AND EXPENSES PURSUANT TO EAJA